# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Katherine A. Michels, | Case No.  2:23-cv-10124-DOC-ADS |
| Plaintiff, | **ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |
| v. | |
| Martin O'Malley, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of TWO THOUSAND SIX-HUNDRED SEVENTY DOLLARS and 58/100 ($2,670.58) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.


DATE:  06/11/2024          _____/s/ Autumn D. Spaeth_____
HON. AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE